JOHN S. PEARSON v. DISTRICT COURT OF CASS COUNTY.

CONTEMPT: LIQUOR NUISANCE. One who unlawfully sells liquor in a certain place is not in contempt of an injunction to which he was no party, and which restrained another from selling in said place. *Buhlmon v. Humphrey*, 86 Iowa, 597, and *Newcomer v. Tucker*, 56 N. W. Rep. 499, *followed*.

*Certiorari to the Defendant, Directed to* WALTER I. SMITH, as Presiding Judge.—*Reversed*.

FRIDAY, FEBRUARY 2, 1894.

*Rockafellow & Scott* for petitioner.

No appearance for respondent.

GRANGER, C. J.—The return to the writ shows that the petitioner was adjudged guilty of contempt for the violation of an injunction issued in an action wherein the state of Iowa was plaintiff and S. J. Applegate was defendant, and in which this petitioner was not a party. The facts in this case bring it clearly within the rule announced in *Buhlman v. Humphrey*, 86 Iowa, 597, 53 N. W. Rep. 318, which was since followed in *Newcomer v. Tucker*, 56 N. W. Rep. 499. The rule of these cases has been announced since the trial of the contempt proceeding in the district court. Following the rule of those cases, the writ in this proceeding is sustained, and the judgment REVERSED.